# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KENNETH ALBRECHT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OASIS POWER, LLC d/b/a OASIS ENERGY,<br><br>Defendant. | Case No. 1:18-cv-1061<br><br>The Honorable Harry D. Leinenweber |

## OASIS POWER, LLC'S MOTION TO TRANSFER AND TO DEFER CASE DEADLINES

Oasis Power, LLC ("Oasis Energy") hereby moves the Court to transfer the present action, *Albrecht v. Oasis Power, LLC*, filed in this Court on February 12, 2018, to the United States District Court for the District of Nevada pursuant to 28 U.S.C. § 1404(a). Oasis Energy also requests that the Court defer case deadlines, including Oasis Energy's response to Plaintiff's Complaint, until 30 days after this Motion is resolved.

Oasis Energy submits its Memorandum of Law in support of its Motion contemporaneously herewith.

Dated: March 9, 2018

Respectfully Submitted,

By: /s/ *William J. Kraus*
William J. Kraus
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive, Fifth Floor
Chicago, IL 60601
(312) 324-1000
william.kraus@morganlewis.com

*Counsel for Defendant Oasis Power, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of March, 2018, a true and correct copy of the foregoing Motion to Transfer and to Defer Case Deadlines was filed through the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

By: /s/ *William J. Kraus*