UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KENNETH ALBRECHT, individually and on behalf of all others similarly situated, | ) ) ) |
| | ) Case No. 1:18-cv-1061 |
| Plaintiff, | ) ) Hon. Harry D. Leinenweber |
| v. | ) ) Hon. M. David Weisman |
| OASIS POWER, LLC d/b/a OASIS ENERGY, | ) ) ) ) |
| Defendant. | ) |

## UNOPPOSED MOTION TO ENTER CONFIDENTIALITY ORDER

Plaintiff Kenneth Albrecht ("Plaintiff") respectfully requests that the Court enter an order governing the exchange of confidential information in the form of the proposed order submitted to the Court's proposed order inbox. Prior to filing this motion, Plaintiff conferred with Defendant Oasis Power, LLC ("Defendant"), who does not oppose the entry of the proposed order.

Dated: April 2, 2018

Respectfully submitted,

By: */s/ Katrina Carroll*

Katrina Carroll
*kcarroll@litedepalma.com*
Kyle Shamberg
*kshamberg@litedepalma.com*
Ismael T. Salam
*isalam@litedepalma.com*
Katlyn C. Mathy
*kmathy@litedepalma.com*
**LITE DEPALMA GREENBERG, LLC**
211 W. Wacker Drive, Suite 500
Chicago, IL 60606

733010.1

2

Phone No. (312) 750-1592
Fax No. (312) 212-5919

*Counsel for Plaintiff and the Proposed Putative Class*

733010.1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing **Unopposed Motion To Enter Confidentiality Order** was served this 2nd day of April 2018 via the Court's electronic filing system on all counsel of record.

*/s/ Katrina Carroll*

733010.1