**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| | ) | |
| Kenneth Albrecht | ) | Case No: 18 C 1061 |
| | ) | |
| v. | ) | Judge: Harry D. Leinenweber |
| | ) | |
| Oasis Power, LLC | ) | |
| | ) | |

**<u>ORDER</u>**

Ruling on motion hearing held. Motion for leave to appear pro hac vice [34] is granted. Defendant's motion for a protective order and for a stay of discovery [31] is denied. Defendant's motion to dismiss [26] is withdrawn. Defendant's motion to dismiss [35] is entered and briefed as follows: response by 5/25/18, reply by 6/1/18. Status hearing/ruling set for 6/29/18 is re-set to 7/10/18 at 9:00 a.m.

(T: 00:05)

Date:   5/3/18                                         /s/ Judge Harry D. Leinenweber