# EDELSBERG
## LAW PA.
### A PLAINTIFF'S FIRM

SCOTT@EDELSBERGLAW.COM | 19495 BISCAYNE BLVD #607, AVENTURA, FL 33180 | 305 975 3320 | EDELSBERGLAW.COM

Scott Edelsberg's broad-based litigation experience representing both plaintiffs and defendants provides him with an invaluable perspective when prosecuting claims on behalf of consumers who have been harmed by corporate wrongdoing.

Scott Edelsberg is the founding partner of Edelsberg Law, PA and focuses his practice in the areas of class actions, consumer fraud and personal injury.

In connection with his representation in class action matters, Edelsberg has litigated cases in multiple state and federal jurisdictions throughout the country, including two multi-district litigation proceedings. In those cases, Edelsberg has won contested class certification motions, defended dispositive motions, engaged in data-intensive discovery and worked extensively with economics and information technology experts to build damages models. His efforts have lead to numerous class settlements, resulting in millions of dollars in relief for millions of class members. Despite his young career, Edelsberg has been appointed class counsel in numerous national class action lawsuits and has been featured in The Daily Business Review twice.

Edelsberg is a native of South Florida and earned a Bachelor of Arts degree in Political Science from the University of Michigan. While at Michigan, he was awarded the Michigan Merit Scholar award and served as an intern for the Washtenaw County Public Defender's office. Edelsberg went on to receive a Juris Doctor degree, Cum Laude, from the University of Miami School of Law. While attending law school, he was on the Dean's List, a member of the International and Comparative Law Review, a Merit Scholarship recipient and served as an Equal Justice for America Fellow.

## Notable Class Action Settlements:
- *Gattinella v. Michael Kors*, Case No. 1:14-cv-05731 (S.D. New York 2016) (Class settlement for $4.875 million) (named class counsel);
- *Wildstein v. Seventh Generation, Inc.,* Case No. 3:15-cv-00205 (N.D. California 2016) (Class settlement for $4.75 million) (named class counsel);
- *Gottlieb v. CITGO Petroleum Corporation*, Case No. 9:16-cv-81911 (S.D. Fla. 2017) (Class settlement for $8.3 million) (named class counsel);
- *Seth F. Masson v. Tallahasse Dodge Jeep Chrysler, LLC*, Case No. 1:17-cv-22967 (S.D. Fla. 2017) (Class settlement for $850,000) (named class counsel);
- *Jeanne and Nicolas Stathakos v. Columbia Sportswear Company*, Case No. 4:15-cv-04543 (N.D. California 2017) (Obtained classwide injunctive relief) (named class counsel);
- *Jessica Dipuglia v. US Coachways, Inc.,* Case No. 17-23006-Civ (S.D. Fla. 2018) (Class settlement for $2.6 million) (named class counsel);
- *Zoey Bloom v. Jenny Craig Inc.*, Case No. 1:18-cv-21820 (S.D. Fla. 2018) (Class settlement for $3 million) (named class counsel).