

## Our Firm

Shamis & Gentile, P.A. has and continues to provide outstanding legal services in the Florida, New York and Texas communities. Shamis & Gentile, P.A. distinguishes itself because of our experience and legal resources to handle virtually any case involving personal injury, personal injury protection, class actions/mass tort and contract disputes. Specifically, as it relates to class actions, Shamis & Gentile, P.A. has filed and litigated many TCPA, FACTA, and insurance breach of contract lawsuits. At Shamis & Gentile, P.A. our seasoned attorneys are some of the most innovative and progressive attorneys in the profession. Often, Shamis & Gentile, P.A. is called upon to litigate and settle cases that other law firms may not be able to handle on their own.

Shamis & Gentile, P.A is committed to practicing law with the highest level of integrity in an ethical and professional manner. We are a diverse firm with lawyers and staff from all walks of life. Our lawyers and other employees are hired and promoted based on the quality of their work and their ability to treat others with respect and dignity.

## Who We Are

Andrew Shamis is the managing partner at Shamis & Gentile P.A. Mr. Shamis has extensive experience in civil ligation (count, circuit and federal) where he has gained a reputation as an aggressive attorney who advocates for his clients in the strongest way possible. Mr. Shamis has successfully litigated cases (including positive trial verdicts) throughout the state of Florida and New York. Mr. Shamis has been personally responsible for recovering tens of millions of dollars owed to his clients over the course of his legal career. Mr. Shamis is admitted to practice law in both the state of Florida and New York, as well as the U.S. District courts for the Southern, Middle, and Northern Districts of Florida, Northern District of Illinois, and Eastern District of Michigan.

Mr. Shamis specializes in Class Action Litigation (TCPA, FACTA, and insurance breach of contract), Personal Injury, Personal Injury Protection, Wrongful Death, as well as General Civil Litigation.

Angelica Gentile is a named partner at Shamis & Gentile, P.A. Ms. Gentile heads the catastrophic injury and personal injury protection departments of Shamis & Gentile, P.A. Ms. Gentile is a consistent favorite among clients as her ability to successfully protect their interests and advocate on their behalf through successful litigation (which has resulted in the recovery of

millions of dollars owed) throughout the state of Florida. Ms. Gentile is admitted to practice law in Florida and Texas, as well as the U.S. District Courts for the Southern and Middle Districts of Florida.

Ms. Gentile specializes in Personal Injury, Personal Injury Protection, Class Action Litigation (TCPA, FACTA, and insurance breach of contract), Wrongful Death, Wrongful Termination, as well as General Civil Litigation.

Our staff sets the standard on being innovative and technologically savvy. This innovation and use of fully customized cutting-edge case management software allows us to create an unparalleled level of customer service and attention to detail with our clients, which has led to an exceptional growth rate rarely seen in law firms.

Shamis & Gentile, P.A. has the resources, infrastructure and staff to successfully represent large putative classes. The attorneys and staff are not simply litigators, but directors of creating successful results with the ultimate level of satisfaction by the clients.

## Class Actions

Shamis & Gentile has initiated and served as both lead counsel and co-lead counsel in hundreds of class actions, many of which have generated internet articles. Currently, the firm serves as lead counsel of co-counsel on fifty-five class action lawsuits. The lawsuits range from all Districts of Florida to the Central District of California. Shamis & Gentile, P.A. has also successfully settled many Class Action cases prior to verdict. It is for these reasons both partners actively litigate and are admitted to the Southern, Middle, and Northern District of Florida.

## Prominent Class Action Settlements

Over the years, Shamis & Gentile attorneys have obtained outstanding results in some of the most well-known cases.

- *Bloom v. Jenny Craig, Inc.*, No. 1:18-cv-21820-KMM, 2018 U.S. Dist. LEXIS 151686 (S.D. Fla. Sep. 6, 2018) ($3,000,000.00 Class Settlement)

- *Papa v. Greico Ford Fort Lauderdale, LLC*, No. 1:18-cv-21897 (S.D. Fla. 2018) ($4,800,000.00 Class Settlement)

- *Poierier v. Cubamax Travel Inc.*, No. 1:18-cv-231240 (S.D. Fla. 2018) ($808,734.00 Class Settlement)

- *Marengo v. Miami Resch. Assocs., LLC*, No. 1:17-cv-20459-KMW, 2018 U.S. Dist. LEXIS 122098 (S.D. Fla. July 20, 2018) ($1,236,300.00 Class Settlement)

- *Whitworth v. HH Entm't, Inc.*, No. 9:17-cv-80487-KAM, 2018 U.S. Dist. LEXIS 112223 (S.D. Fla. July 6, 2018) ($750,000.00 Class Settlement)

- *Dipuglia v. US Coachways, Inc*., No. 17-23006-Civ, 2018 U.S. Dist. LEXIS 72551 (S.D. Fla. Apr. 30, 2018) ($2,600,000.00 Class Settlement)

- *Rattner v. Tribe App. Inc*., No. 17-cv-21344, 2017 U.S. Dist. LEXIS 198517 (S.D. Fla. Nov. 30, 2017) ($200,000.00 Class Settlement)

- *Gottlieb v. Citgo Corporation*, No. 16-cv-81911 (S.D. Fla. 2016) ($8,300,000.00 Class Settlement)

- *Eisenband v. Schumacher Automotive, Inc.*, No. 18-cv-01061 (S.D. Fla 2018) ($5,000,000.00 Class Settlement)

- *Wijesinha v. Susan B. Anthony List, Inc*. No. 18-cv-22880 (S.D. Fla. 2018) ($1,017,430.00 Class Settlement)

## Other Areas of Practice

Shamis & Gentile, P.A. also litigates a variety of other types of litigation, including personal injury protection (of which they are considered the industry standard of excellence), personal injury, employment law, mass tort, breach of contract and health law.

## More About Shamis & Gentile, P.A.

To learn more about our firm, please visit www.shamisgentile.com, or view links to our blogs at https://www.instagram.com/sfiattorneys/?hl=en.