

**Manuel S. Hiraldo**

---

Mr. Hiraldo has extensive experience in all aspects of litigation in state and federal courts, including motion practice, oral argument, discovery, mediation, trial, and appellate practice.

Prior to opening Hiraldo P.A., Mr. Hiraldo was Of Counsel at Blank Rome LLP. His practice focused on defending loan originators and servicers in consumer claims under the Telephone Consumer Protection Act, the Real Estate Settlement Procedures Act, the Fair Credit Reporting Act, the Fair Debt Collection Practices Act, and state collection and deceptive trade practices statutes.

Mr. Hiraldo is fluent in Spanish.

---

**Practice Areas**
Commercial Litigation
Financial Services Litigation
Class Actions
Appellate Litigation
Real Estate Litigation
Construction Defect
Wrongful Death
Catastrophic Injury

**Education**
J.D., Emory University School of Law – 2006
BBA, Emory University, Goizueta Business School – 2003

**Experience**
Hiraldo P.A.: 2016 – present
Blank Rome LLP: 2011 – 2016
Rumberger, Kirk & Caldwell, P.A.: 2008 – 2011
Wicker, Smith, O'Hara, McCoy & Ford, P.A.: 2006 – 2008

**Recognitions**
2012 – 2016, "Florida Rising Star" by Super Lawyers

**Court Admissions**
Florida
U.S. District Court - Middle District of Florida
U.S. District Court - Northern District of Florida
U.S. District Court - Southern District of Florida
United States Court of Appeals for the Eleventh Circuit

**Notable Cases**

- *Horn v. iCan Ben. Grp., Ltd. Liab. Co.,* 2018 U.S. Dist. LEXIS 98777 (S.D. Fla. 2018) ($60,413,112 Consent Judgment)

- *Eisenband v. Schumacher Automotive, Inc.*, 9:18-cv-80911-BB (S.D. Fla. 2018) ($5,000,000 Class Settlement) (pending final approval)

- *Papa v. Grieco Ford Fort Lauderdale, LLC*, 1:18-cv-21897-JEM (S.D. Fla. 2018) ($4,800,000 Class Settlement)

- *Bloom v. Jenny Craig, Inc.,* Case No. 1:18-cv-21820-KMM (S.D. Fla. 2018) ($3,000,000 Class Settlement)

- *Dipuglia v. US Coachways, Inc.*, 2018 U.S. Dist. LEXIS 72551 (S.D. Fla. 2018) ($2,600,000 Class Settlement)

- *Mohamed v. Off Lease Only, Inc.*, Case No. 1:15-cv-23352-MGC ($1,450,750 Class Settlement)

- *Marengo v. Miami Resch. Assocs., LLC*, No. 1:17-cv-20459-KMW, 2018 U.S. Dist. LEXIS 122098 (S.D. Fla. 2018) ($1,236,300 Class Settlement)

- *Wijesinha v. Susan B. Anthony List, Inc.*, 1:18-cv-22880-JEM (S.D. Fla. 2018) ($1,017,430 Class Settlement) (pending final approval)

- *Masson v. Tallahassee Dodge Chrysler Jeep, LLC*, No. 17-22967-CIV-M ORE, 2018 U.S. Dist. LEXIS 77916 (S.D. Fla. 2017) ($850,000 Class Settlement)

- *Poirier v. Cubamax Travel, Inc.*, No. 1:18-cv-23240-CMA (S.D. Fla. 2018) ($808,000 Class Settlement)

- *McLean v. Osborn, D.O., PLLC,* No. 9:18-cv-81222-DMM (S.D. Fla. 2018) ($800,000 Class Settlement) (pending final approval)

- *Whitworth v. HH Entm't, Inc.*, No. 9:17-cv-80487-KAM, 2018 U.S. Dist. LEXIS 112223 (S.D. Fla. 2017) ($750,000 Class Settlement)

- *Gerstenhaber v. Galleria Fitness Club, LLC*, No. 1:18-cv-62108-CMA (S.D. Fla. 2018) ($600,000 Class Settlement)