**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KENNETH ALBRECHT, individually and on behalf of all others similarly situated, | ) ) ) | **CASE NO. 1:18-cv-1061** |
| | ) | |
| Plaintiff | ) | Honorable Harry D. Leinenweber |
| | ) | |
| vs. | ) | |
| | ) | |
| OASIS POWER, LLC d/b/a OASIS ENERGY, | ) ) | |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF CAMERON R. AZARI, ESQ. ON IMPLEMENTATION AND**
**ADEQUACY OF SETTLEMENT NOTICE PLAN**

I, Cameron Azari, declare as follows:

1.      My name is Cameron R. Azari, Esq.  I have personal knowledge of the matters set forth herein, and I believe them to be true and correct.

2.      I am a nationally recognized expert in the field of legal notice and I have served as an expert in dozens of federal and state cases involving class action notice plans.

3.      I am the Director of Legal Notice for Hilsoft Notifications ("Hilsoft"); a firm that specializes in designing, developing, analyzing and implementing large-scale legal notification plans.  Hilsoft is a business unit of Epiq Class Action & Claims Solutions, Inc. ("Epiq").

4.      This declaration will detail the implementation of the Settlement Notice Plan ("Notice Plan" or "Plan") for the Settlement in *Albrecht v. Oasis Power, LLC d/b/a Oasis Energy*, Case No. 1:18-cv-1061, in the United States District Court for the Northern District of Illinois, Eastern Division.  I previously executed my *Declaration of Cameron R. Azari, Esq. on Settlement*

*Notice Plan*, on September 16, 2019, in which I detailed Hilsoft's class action notice experience and attached Hilsoft's *curriculum vitae*. I also provided my educational and professional experience relating to class actions and my ability to render opinions on overall adequacy of notice programs.

## NOTICE PLAN

5. On September 24, 2019, the Court approved the Notice Plan as designed by Hilsoft in the *Order Granting Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement* ("Preliminary Approval Order"). In the Preliminary Approval Order, the Court certified the following "Settlement Class":

> All individuals within the United States (i) who were sent a prerecorded message, also referred to a ringless voicemail (ii) on his or her telephone (iii) by or on behalf of Defendants advertising Defendants' goods and services during the Class Period (February 12, 2014 through the date of Preliminary Approval).[1]

6. After the Court's Preliminary Approval Order was entered, we began to implement the Notice Program. This declaration will detail the notice activities undertaken and explain how and why the Notice Plan was comprehensive and well-suited to the Settlement Class. This declaration will also discuss the administration activity to date. The facts in this declaration are based on what I personally know, as well as information provided to me in the ordinary course of my business by my colleagues from Hilsoft and Epiq, who worked with us to implement the notification effort.

---

[1] As set forth in the Settlement Agreement, specifically excluded from the Settlement Class are Defendants and their affiliates, employees, officers, directors, agents, representatives and their immediate family members; class counsel and the judge and magistrate judge who have presided over the Action and their immediate family members.

DECLARATION OF CAMERON R. AZARI, ESQ. ON IMPLEMENTATION AND
ADEQUACY OF SETTLEMENT NOTICE PLAN

2

7.      I understand that the parties do not possess email or physical mailing addresses for potential Settlement Class Members.  I further understand that the prerecorded messages that were sent during the Class Period were targeted to phone numbers in eleven states (Connecticut, Illinois, Massachusetts, Maryland, Maine, New Hampshire, New Jersey, New York, Ohio and Pennsylvania.

8.      To guide the selection of measured media to reach Settlement Class Members, the Notice Plan had a primary target audience of:  Adults Aged 18+ in CT, IL, MA, MD, ME, MI, NH, NJ, NY, OH and PA.  The measurable effort of the Notice Plan reached at least 80% of the target audience in these states.  In my experience, the reach of the Notice Plan is consistent with other court-approved notice programs, and met due process requirements.  In my opinion, the Notice provided via selected paid media to reach the Settlement Class satisfied the requirements of due process, including its "desire to actually inform" requirement.[2]

### CAFA Notice

9.      As described in the *Declaration of Stephanie J. Fiereck, Esq. on Implementation of CAFA Notice*, dated October 18, 2019 ("Fiereck Declaration"), Epiq sent a CAFA notice packet (or "CAFA Notice"), on behalf Defendant Oasis Power, LLC d/b/a Oasis Energy—as required by the federal Class Action Fairness Act of 2005 (CAFA), 28 U.S.C. § 1715, to 57 federal and state officials on September 26, 2019.  The CAFA Notice was mailed by certified mail to 56 officials, including the Attorneys General of each of the 50 states, the District of Columbia and the United States Territories.  The CAFA Notice was also sent by United Parcel Service ("UPS") to the

---

[2] "But when notice is a person's due, process which is a mere gesture is not due process.  The means employed must be such as one desirous of actually informing the absentee might reasonably adopt to accomplish it.  The reasonableness and hence the constitutional validity of any chosen method may be defended on the ground that it is in itself reasonably certain to inform those affected . . . ."  *Mullane v. Cent. Hanover Bank & Trust Co.*, 339 U.S. 306, 315 (1950).

Attorney General of the United States. A copy of the Fiereck Declaration is included as **Attachment 1**.

### *Consumer Publications*

10.    The Notice Plan included highly visible notice placements in *Parade*, *People* and *Sports Illustrated*. A Publication Notice appeared once as a ½-page ad unit in *Parade* and a full-page ad unit in *People* and *Sports Illustrated*. For all three publications, the Publication Notice was published as a regional insertion in the 11 targeted states (CT, IL, MA, MD, ME, MI, NH, NJ, NY, OH and PA) to reach Settlement Class Members. A copy of the Publication Notice is included as **Attachment 2**. A copy of the tear-sheets of the Publication Notice are included as **Attachment 3**.

### *Internet Banner Notices*

11.    Internet advertising has become a standard component in legal notice programs. The internet has proven to be an efficient and cost-effective method to target and provide measurable reach of persons covered by a settlement. Banner Notice advertisements are image-based graphic displays available on desktops and/or mobile devices. These ads are used in legal noticing to notify people of a settlement relevant to them. The text of the Banner Notice advertisements allowed users to identify themselves as potential Settlement Class Members and directly linked them to the case website for more information.

12.    Banner Notices were geo-targeted to the 11 selected states (CT, IL, MA, MD, ME, MI, NH, NJ, NY, OH and PA) as part of the Notice Plan.

13.    Banner notices measuring 300x250 pixels, 728x90 pixels, 300x600 pixels, and 300x50 pixels were placed online across the popular display ad networks *Google Display Network* and *Verizon Media (Yahoo) Ad Network*. In addition, Banner Notices in the same sizes were placed on a custom *Affinity Audience* across the *Google Display Network* targeted to websites,

blogs and news outlets focused on "electricity," "natural gas," and "energy" related topics. Banner notices measuring 254x133 pixels were also be placed on *Facebook*. *Facebook* is the leading social networking site with over 200 million users in the U.S. Details of the online notice program are outlined in the following table.

| Online Banners | Delivered Impressions | Distribution | Ad Unit |
|---|---|---|---|
| *Facebook* | 61,230,414 | 11 State Regional Distribution (CT, IL, MA, MD, ME, MI, NH, NJ, NY, OH & PA) | Right hand column |
| *Google Display Network* | 214,947,860 | 11 State Regional Distribution (CT, IL, MA, MD, ME, MI, NH, NJ, NY, OH & PA) | 300x250, 728x90, 300x600, 300x50 |
| *Google Display Network: Custom Affinity Audience* | 14,382,699 | 11 State Regional Distribution (CT, IL, MA, MD, ME, MI, NH, NJ, NY, OH & PA) | 300x250, 728x90, 300x600, 300x50 |
| *Verizon Media (Yahoo) Ad Network* | 101,374,752 | 11 State Regional Distribution (CT, IL, MA, MD, ME, MI, NH, NJ, NY, OH & PA) | 300x250, 728x90, 300x600, 300x50 |

14.     Combined, approximately 391.9 million adult impressions were generated by the Banner Notices, which ran from October 23, 2019 through November 23, 2019. Clicking on the Banner Notices linked the reader to the case website, where they could obtain detailed information about the Settlement. Examples of the Banner Notices are included as **Attachment 4**.

### *Internet Sponsored Search Listings*

15.     To facilitate locating the case website, sponsored search listings were acquired on the three most highly-visited internet search engines: *Google*, *Yahoo!* and *Bing*. When search-engine visitors searched on common keyword combinations selected for the Settlement the sponsored search listing generally were displayed at the top of the page prior to the search results or in the upper right-hand column of the web-browser screen. Sponsored search listings were geo-targeted to 11 states (CT, IL, MA, MD, ME, MI, NH, NJ, NY, OH and PA).

DECLARATION OF CAMERON R. AZARI, ESQ. ON IMPLEMENTATION AND
ADEQUACY OF SETTLEMENT NOTICE PLAN

16.    The sponsored search listings ran until December 17, 2019, and the sponsored listings were displayed 350 times and resulted in 29 clicks that displayed the case website.  A complete list of the sponsored search keyword combinations is included as **Attachment 5**.

### *Informational Release*

17.    To build additional reach and extend exposures, a party-neutral Informational Release was issued on October 23, 2019, to general media (print and broadcast) outlets across the Northeast and Midwest regions as well as online databases and websites.  The Informational Release served a valuable role and provided additional notice exposures beyond those already provided by the paid media.  A copy of the Informational Release is included as **Attachment 6**.

### *Case Website, Toll-free Telephone Number and Postal Mailing Address*

18.    On October 22, 2019, a dedicated website was established for the Settlement with an easy-to-remember domain name (www.OasisEnergyTCPASettlement.com).  Settlement Class Members are able to obtain detailed information about the case and review key documents, including the Long Form Notice, Claim Form, Settlement Agreement, and Preliminary Approval Order, as well as answers to frequently asked questions (FAQs).  Importantly, Settlement Class Members have the opportunity to file a claim on the case website.  The case website address was displayed prominently on all notice documents.

19.    As of January 27, 2020, there have been 338,255 unique visitors to the website and 500,779 website pages presented.

20.    On October 22, 2019, a toll-free telephone number (855-939-0540) was established to allow Settlement Class Members to call for additional information, listen to answers to FAQs and request that a Long Form Notice and Claim Form be mailed to them.  As of January 27, 2020,

146 Long Form Notices and Claim Forms have been sent as a result of such requests. A copy of the Long Form Notice and Claim Form are included as **Attachment 7**.

21.    The toll-free telephone number was prominently displayed in the Notice documents as well. This automated phone system is available 24 hours per day, 7 days per week. As of January 27, 2020, the toll-free telephone number has handled 276 calls representing 719 minutes of use.

22.    A post office box for correspondence about the Settlement was established to allow Settlement Class Members to contact the Settlement Administrator by mail with any specific requests or questions, including requests for exclusion.

### *Exclusion Requests and Objections*

23.    The deadline for Settlement Class Members to request exclusion or file an objection was December 7, 2019. As of January 27, 2020, Epiq has received two requests for exclusion. A copy of the Exclusion Report is included as **Attachment 8**. As of January 27, 2020, I am aware of no objections.

### *Notice and Claims Administration Anticipated Costs*

24.    I understand that the Settlement Agreement specifies in Section 2.20 that, "any and all costs and expenses of notice and administration relating to this Settlement to be paid from the Settlement Fund. And that, "In no event shall Notice and Administration Costs exceed $1,000,000.00." The cost for the extensive Notice Plan detailed in this declaration as implemented to date is $589,113. Based on reasonable projections, the claims administration activities (claims processing, website, toll-free, distribution and professional services) are estimated to cost approximately an additional $185,000 to $200,000 (for a total, estimated notice

DECLARATION OF CAMERON R. AZARI, ESQ. ON IMPLEMENTATION AND
ADEQUACY OF SETTLEMENT NOTICE PLAN

and administration cost of at or below $789,000).  Even if remaining activity levels far exceed what are projected, total costs will remain well under the $1,000,000 threshold.

## PERFORMANCE OF THE NOTICE PROGRAM
### *Reach*

25.    The Notice Plan delivered notice to at least 80% of Adults Aged 18+ in CT, IL, MA, MD, ME, MI, NH, NJ, NY, OH and PA, and therefore the Settlement Class.  Reach was enhanced further by the sponsored search listings, informational release and the case website.

26.    Many courts have accepted and understood that a 75 or 80 percent reach is more than adequate.  In 2010, the Federal Judicial Center issued a Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide.  This Guide states that, "the lynchpin in an objective determination of the adequacy of a proposed notice effort is whether all the notice efforts together will reach a high percentage of the class.  It is reasonable to reach between 70–95%."[3]  Here we have developed and implemented a Notice Plan that readily met this recommendation.

## CONCLUSION

27.    In class action notice planning, execution, and analysis, we are guided by due process considerations under the United States Constitution, by state and local rules and statutes, and by case law pertaining to the recognized notice standards under Rule 23.  This framework directs that the notice program be optimized to reach the class and, in a settlement class action notice situation such as this, that the notice or notice program itself not limit knowledge of the availability of benefits—nor the ability to exercise other options—to class members in any way.  All of these requirements were met in this case.

---

[3] Federal Judicial Center, *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide (2010),* p. 3.

DECLARATION OF CAMERON R. AZARI, ESQ. ON IMPLEMENTATION AND
ADEQUACY OF SETTLEMENT NOTICE PLAN

28.     Our notice effort followed the guidance for how to satisfy due process obligations that a notice expert gleans from the United States Supreme Court's seminal decisions which are: a) to endeavor to actually inform the class, and b) to demonstrate that notice is reasonably calculated to do so:

> A.     "But when notice is a person's due, process which is a mere gesture is not due process.  The means employed must be such as one desirous of actually informing the absentee might reasonably adopt to accomplish it," *Mullane v. Central Hanover Trust*, 339 U.S. 306, 315 (1950).
>
> B.     "[N]otice must be reasonably calculated, under all the circumstances, to apprise interested parties of the pendency of the action and afford them an opportunity to present their objections," *Eisen v. Carlisle & Jacquelin*, 417 U.S. 156, 174 (1974) (citing *Mullane* at 314).

29.     The Notice Program provided the best notice practicable under the circumstances of this case, conformed to all aspects of Federal Rule of Civil Procedure 23, and comported with the guidance for effective notice articulated in the Manual for Complex Litigation 4th.

30.     As detailed previously, the Notice Plan reached at least 80% of Adults Aged 18+ in CT, IL, MA, MD, ME, MI, NH, NJ, NY, OH and PA.  It delivered "noticeable" Notices to capture Settlement Class Members' attention, and provide them with information necessary to understand their rights and options.

31.     The Notice Plan schedule afforded sufficient time to provide full and proper notice to Settlement Class Members before the opt-out and objection deadlines.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on January 27, 2020, at Beaverton, Oregon.

_____
Cameron R. Azari

**DECLARATION OF CAMERON R. AZARI, ESQ. ON IMPLEMENTATION AND ADEQUACY OF SETTLEMENT NOTICE PLAN**

# Attachment 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| KENNETH ALBRECHT, individually and on behalf of all others similarly situated, | ) ) ) | **CASE NO. 1:18-cv-1061** |
| | ) | |
| Plaintiff | ) | Honorable Harry D. Leinenweber |
| | ) | |
| vs. | ) | |
| | ) | |
| OASIS POWER, LLC d/b/a OASIS ENERGY, | ) ) | |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF STEPHANIE J. FIERECK, ESQ.
ON IMPLEMENTATION OF CAFA NOTICE**

I, STEPHANIE J. FIERECK, ESQ., hereby declare and state as follows:

1.      My name is Stephanie J. Fiereck, Esq.  I am over the age of 21 and I have personal knowledge of the matters set forth herein, and I believe them to be true and correct.

2.      I am the Legal Notice Manager for Epiq Class Action & Claims Solutions, Inc. ("Epiq"), a firm that specializes in designing, developing, analyzing and implementing large-scale, un-biased, legal notification plans.

3.      Epiq is a firm with more than 20 years of experience in claims processing and settlement administration.  Epiq's class action case administration services include coordination of all notice requirements, design of direct-mail notices, establishment of fulfillment services, receipt and processing of opt-outs, coordination with the United States Postal Service, claims database management, claim adjudication, funds management and distribution services.

4.      The facts in this Declaration are based on what I personally know, as well as information provided to me in the ordinary course of my business by my colleagues at Epiq.

## CAFA NOTICE IMPLEMENTATION

5.      At the direction of counsel for the Defendant Oasis Power, LLC d/b/a Oasis Energy, 57 officials, which included the Attorney General of the United States and the Attorneys General of each of the 50 states, the District of Columbia and the United States Territories were identified to receive the CAFA notice.

6.      Epiq maintains a list of these state and federal officials with contact information for the purpose of providing CAFA notice.  Prior to mailing, the names and addresses selected from Epiq's list were verified, then run through the Coding Accuracy Support System ("CASS") maintained by the United States Postal Service ("USPS").[1]

7.      On September 26, 2019, Epiq sent 57 CAFA Notice Packages ("Notice").  The Notice was mailed by certified mail to 56 officials, including the Attorneys General of each of the 50 states, the District of Columbia and the United States Territories.  The Notice was also sent by United Parcel Service ("UPS") to the Attorney General of the United States.  The CAFA Notice Service List (USPS Certified Mail and UPS) is included hereto as **Attachment 1**.

8.      The materials sent to the Attorneys General included a cover letter, which provided notice of the proposed settlement of the above-captioned case.  The cover letter is included hereto as **Attachment 2**.

9.      The cover letter was accompanied by a CD, which included the following:

   a.      Class Action Complaint and First Amended Class Action Amended Complaint;

   b.      Order Denying Oasis Power's Motion to Dismiss;

---

[1] CASS improves the accuracy of carrier route, 5-digit ZIP®, ZIP + 4® and delivery point codes that appear on mail pieces.  The USPS makes this system available to mailing firms who want to improve the accuracy of postal codes, i.e., 5-digit ZIP®, ZIP + 4®, delivery point (DPCs), and carrier route codes that appear on mail pieces.

c.     Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement;

d.     Class Action Settlement Agreement (with exhibits);

e.     Forms of Notice;

f.     Order Granting Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement;

g.     [Proposed] Final Judgment Order Granting Final Approval of Class Action Settlement, Incentive Award and Attorneys' Fees and Expenses; and

h.     Geographic Distribution of Class Members and Proportionate Share of Claims.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 18, 2019.

Stephanie J. Fiereck

# Attachment 1

**CAFA Notice Service List**

**UPS**

| Company | FullName | Address1 | Address2 | City | State | Zip |
|---------|----------|----------|----------|------|-------|-----|
| US Department of Justice | William Barr | 950 Pennsylvania Ave NW | | Washington | DC | 20530 |

**CAFA Notice Service List**

**USPS Certified Mail**

| Company | FullName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Office of the Attorney General | Kevin G Clarkson | PO Box 110300 | | Juneau | AK | 99811 |
| Office of the Attorney General | Steve Marshall | 501 Washington Ave | | Montgomery | AL | 36104 |
| Office of the Attorney General | Leslie Carol Rutledge | 323 Center St | Suite 200 | Little Rock | AR | 72201 |
| Office of the Attorney General | Mark Brnovich | 2005 N Central Ave | | Phoenix | AZ | 85004 |
| Office of the Attorney General | CAFA Coordinator | Consumer Law Section | 455 Golden Gate Ave Ste 11000 | San Francisco | CA | 94102 |
| Office of the Attorney General | Phil Weiser | Ralph L Carr Colorado Judicial Center | 1300 Broadway 10th Fl | Denver | CO | 80203 |
| Office of the Attorney General | William Tong | 55 Elm St | | Hartford | CT | 06106 |
| Office of the Attorney General | Karl A. Racine | 441 4th St NW | | Washington | DC | 20001 |
| Office of the Attorney General | Kathy Jennings | Carvel State Office Bldg | 820 N French St | Wilmington | DE | 19801 |
| Office of the Attorney General | Ashley Moody | State of Florida | The Capitol PL-01 | Tallahassee | FL | 32399 |
| Office of the Attorney General | Chris Carr | 40 Capitol Square SW | | Atlanta | GA | 30334 |
| Department of the Attorney General | Clare E. Connors | 425 Queen St | | Honolulu | HI | 96813 |
| Iowa Attorney General | Thomas J Miller | 1305 E Walnut St | | Des Moines | IA | 50319 |
| Office of the Attorney General | Lawrence G Wasden | 700 W Jefferson St Ste 210 | PO Box 83720 | Boise | ID | 83720 |
| Office of the Attorney General | Kwame Raoul | 100 W Randolph St | | Chicago | IL | 60601 |
| Indiana Attorney General's Office | Curtis T Hill Jr | Indiana Government Center South | 302 W Washington St 5th Fl | Indianapolis | IN | 46204 |
| Office of the Attorney General | Derek Schmidt | 120 SW 10th Ave 2nd Fl | | Topeka | KS | 66612 |
| Office of the Attorney General | Andy Beshear | Capitol Ste 118 | 700 Capitol Ave | Frankfort | KY | 40601 |
| Office of the Attorney General | Jeff Landry | 1885 N Third St | | Baton Rouge | LA | 70802 |
| Office of the Attorney General | Maura Healey | 1 Ashburton Pl | | Boston | MA | 02108 |
| Office of the Attorney General | Brian E. Frosh | 200 St Paul Pl | | Baltimore | MD | 21202 |
| Office of the Attorney General | Aaron Frey | 6 State House Sta | | Augusta | ME | 04333 |
| Department of Attorney General | Dana Nessel | PO Box 30212 | | Lansing | MI | 48909 |
| Office of the Attorney General | Keith Ellison | 445 Minnesota St | Suite 1400 | St Paul | MN | 55101 |
| Missouri Attorney General's Office | Eric Schmitt | PO Box 899 | | Jefferson City | MO | 65102 |
| MS Attorney General's Office | Jim Hood | Walter Sillers Bldg | 550 High St Ste 1200 | Jackson | MS | 39201 |
| Office of the Attorney General | Tim Fox | Department of Justice | PO Box 201401 | Helena | MT | 59620 |
| Attorney General's Office | Josh Stein | 9001 Mail Service Ctr | | Raleigh | NC | 27699 |
| Office of the Attorney General | Wayne Stenehjem | State Capitol | 600 E Boulevard Ave Dept 125 | Bismarck | ND | 58505 |
| Nebraska Attorney General | Doug Peterson | 2115 State Capitol | | Lincoln | NE | 68509 |
| Office of the Attorney General | Gordon MacDonald | NH Department of Justice | 33 Capitol St | Concord | NH | 03301 |
| Office of the Attorney General | Gurbir S Grewal | 8th Fl West Wing | 25 Market St | Trenton | NJ | 08625 |
| Office of the Attorney General | Hector Balderas | 408 Galisteo St | Villagra Bldg | Santa Fe | NM | 87501 |
| Office of the Attorney General | Aaron Ford | 100 N Carson St | | Carson City | NV | 89701 |
| Office of the Attorney General | Letitia James | The Capitol | | Albany | NY | 12224 |
| Office of the Attorney General | Dave Yost | 30 E Broad St 14th Fl | | Columbus | OH | 43215 |
| Office of the Attorney General | Mike Hunter | 313 NE 21st St | | Oklahoma City | OK | 73105 |
| Office of the Attorney General | Ellen F Rosenblum | Oregon Department of Justice | 1162 Court St NE | Salem | OR | 97301 |
| Office of the Attorney General | Josh Shapiro | 16th Fl Strawberry Square | | Harrisburg | PA | 17120 |
| Office of the Attorney General | Peter F Neronha | 150 S Main St | | Providence | RI | 02903 |
| Office of the Attorney General | Alan Wilson | Rembert Dennis Office Bldg | 1000 Assembly St Rm 519 | Columbia | SC | 29201 |
| Office of the Attorney General | Jason Ravnsborg | 1302 E Hwy 14 Ste 1 | | Pierre | SD | 57501 |
| Office of the Attorney General | Herbert H. Slatery III | PO Box 20207 | | Nashville | TN | 37202 |
| Office of the Attorney General | Ken Paxton | 300 W 15th St | | Austin | TX | 78701 |
| Office of the Attorney General | Sean D. Reyes | Utah State Capitol Complex | 350 North State St Ste 230 | Salt Lake City | UT | 84114 |
| Office of the Attorney General | Mark R. Herring | 202 North Ninth Street | | Richmond | VA | 23219 |
| Office of the Attorney General | T.J Donovan | 109 State St | | Montpelier | VT | 05609 |
| Office of the Attorney General | Bob Ferguson | 800 Fifth Avenue | Suite 2000 | Seattle | WA | 98104 |
| Office of the Attorney General | Josh Kaul | PO Box 7857 | | Madison | WI | 53707 |
| Office of the Attorney General | Patrick Morrisey | State Capitol Complex | Bldg 1 Room E 26 | Charleston | WV | 25305 |
| Office of the Attorney General | Bridget Hill | 2320 Capitol Avenue | | Cheyenne | WY | 82002 |
| Department of Legal Affairs | Talauega Eleasalo V. Ale | Executive Office Building | 3rd Floor | Pago Pago | AS | 96799 |
| Attorney General Office of Guam | Leevin T Camacho | Administration Division | 590 S Marine Corps Dr Ste 901 | Tamuning | GU | 96913 |
| Office of the Attorney General | Edward Manibusan | Administration Bldg | PO Box 10007 | Saipan | MP | 96950 |
| PR Department of Justice | Dennise N. Longo Quinones | Apartado 9020192 | | San Juan | PR | 00902 |
| Department of Justice | Denise N. George | 34-38 Kronprindsens Gade | GERS Bldg 2nd Fl | St Thomas | VI | 00802 |

# Attachment 2

**NOTICE ADMINISTRATOR FOR UNITED STATES DISTRICT COURT**

HILSOFT NOTIFICATIONS
10300 SW Allen Blvd
Beaverton, OR 97005
P 503-350-5800
DL-CAFA@epiqglobal.com

September 26, 2019

**VIA UPS OR USPS CERTIFIED MAIL**

| Class Action Fairness Act – Notice to Federal and State Officials |
|---|

Dear Sir or Madam:

Pursuant to the "Class Action Fairness Act," ("CAFA"), 28 U.S.C. §1715, please find enclosed information on behalf of and from Oasis Power, LLC d/b/a Oasis Energy relating to the proposed settlement of a class action lawsuit.

- **Case:** *Albrecht v. Oasis Power, LLC d/b/a Oasis Energy*, Case No. 1:18-cv-01061.

- **Court:** United States District Court for the Northern District of Illinois, Eastern Division.

- **Defendant:** Oasis Power, LLC d/b/a Oasis Energy. Also party to the settlement are a number of related entities including Censtar, Electricity Maine, Electricity N.H., Major Energy, Perigee, Provider Power Mass, Respond Power, Spark Energy, and Verde Energy.

- **Judicial Hearing Scheduled:** A Fairness Hearing has been scheduled by the Court for February 11, 2020 at 9:30 a.m. At the time of the hearing, these matters may be continued without further notice.

- **Documents Enclosed:** Copies of the following documents are contained on the enclosed CD:

  1. Class Action Complaint and First Amended Class Action Amended Complaint;

  2. Order Denying Oasis Power's Motion to Dismiss;

  3. Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement;

  4. Class Action Settlement Agreement (with exhibits);

  5. Forms of Notice;

  6. Order Granting Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement;

  7. [Proposed] Final Judgment Order Granting Final Approval of Class Action Settlement, Incentive Award and Attorneys' Fees and Expenses; and

  8. Geographic Distribution of Class Members and Proportionate Share of Claims.

Very truly yours,

Notice Administrator for United States District Court

Enclosures

# Attachment 2

# If you received a pre-recorded message from an Oasis Entity, you may be entitled to a payment from a Class Action Settlement

*A federal court authorized this Notice. You are not being sued.*
*This is not a solicitation from a lawyer.*

A Settlement has been reached in a class action lawsuit, Albrecht v. Oasis Power, LLC d/b/a Oasis Energy, No. 18-cv-1061 (N.D. Ill. 2018), about whether Oasis Power, LLC d/b/a/ Oasis Energy incl. Censtar, Electricity Maine, Electricity N.H., Major Energy, Perigee, Provider Power Mass, Respond Power, Spark, and Verde (together, the "Oasis Entities") sent prerecorded voicemail messages to mobile telephone numbers without prior express written consent of the recipients in violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA"). Oasis denies the allegations and any wrongdoing. The Court has not decided who is right.

## Who's included?

Settlement Class Members include all individuals within the United States (i) who were sent a prerecorded message, also referred to a ringless voicemail, (ii) on his or her telephone (iii) by or on behalf of the Oasis Entities advertising the Oasis Entities' goods and services during the Class Period (February 12, 2014 through September 25, 2019).

Excluded from the Settlement Class are the Oasis Entities and their affiliates, employees, officers, directors, agents, representatives and their immediate family members; class counsel and the judge and magistrate judge who have presided over the Action and their immediate family members.

## What does the Settlement provide?

To fully settle and release claims of the Settlement Class Members, the Oasis Entities have agreed to make payments to the Settlement Class Members and pay for notice and administration costs of the Settlement, attorneys' fees and expenses incurred by counsel for the Settlement Class, and a service award for Plaintiff. Defendant will make available $7,000,000.00 (the "Settlement Fund"). Each Settlement Class Member who submits a timely, valid, correct and verified Claim Form by the Claim Deadline in the manner required by the Settlement Agreement shall be sent a Cash Award.

## What are my options?

**File a claim.** If you are a member of the Settlement Class, you must submit a completed Claim Form to receive a payment. You may obtain a Claim Form at the Settlement Website, www.OasisEnergyTCPAsettlement.com, or by calling the Settlement Administrator toll-free at 1-855-939-0540. Claim Forms can be submitted by U.S. mail or through the Settlement Website, and must be postmarked by **February 20, 2020**.

**Exclude yourself.** If you do not want benefits from the Settlement, and you want to keep the right to sue or continue to sue the Oasis Entities on your own about the legal issues in this case, then you must exclude yourself from the Settlement. If you exclude yourself, you cannot get money from this Settlement. To exclude yourself from the Settlement, you must send a letter postmarked no later than **December 7, 2019** to Oasis Energy TCPA Settlement Administrator, P.O. Box 4109, Portland, OR 97208-4109.

**Object.** If you are a Settlement Class Member (and do not exclude yourself from the Settlement Class), you can object to any part of the Settlement. All objections must be postmarked by **December 7, 2019**. The detailed notice found at www.OasisEnergyTCPAsettlement.com further explains how to object.

**Do nothing.** If you are a Settlement Class member and do nothing, meaning you do not file a timely Claim, you will not get benefits from the Settlement. Further, unless you exclude yourself, you will be bound by the judgment entered by the Court.

The Court has scheduled a Final Approval Hearing on **February 11, 2020** to consider whether the Settlement is fair, reasonable, and adequate. The Court will also consider the requests by Class Counsel for attorneys' fees and expenses and for a Service Award to the Class Representative. You do not need to attend the hearing but you or your own attorney, if you have one, may ask to appear and speak at the hearing at your own cost.

## How do I get more information?

This Notice summarizes the proposed Settlement. For a complete, definitive statement of the Settlement terms, refer to the Settlement Agreement at www.OasisEnergyTCPAsettlement.com. You may also contact the Settlement Administrator by calling the toll-free number, 1-855-939-0540. You also may send questions to Oasis Energy TCPA Settlement Administrator, P.O. Box 4109, Portland, OR 97208-4109.

# Attachment 3



# Parade

SUNDAY, NOVEMBER 10, 2019

**PLUS**
Celebrity Veterans, p. 3

**1976**
Jaclyn Smith
Kate Jackson
Farrah Fawcett

# CHARLIE'S ANGELS
## THEN & NOW

**2000**
Drew Barrymore
Cameron Diaz
Lucy Liu

**2019**
Ella Balinska
Elizabeth Banks
Naomi Scott
Kristen Stewart

## If you received a prerecorded message from an Oasis Entity, you may be entitled to a payment from a Class Action Settlement

*A federal court authorized this Notice. You are not being sued. This is not a solicitation from a lawyer.*

A Settlement has been reached in a class action lawsuit, Albrecht v. Oasis Power, LLC d/b/a Oasis Energy, No. 18-cv-1061 (N.D. Ill. 2018), about whether Oasis Power, LLC d/b/a/ Oasis Energy incl. Censtar, Electricity Maine, Electricity N.H., Major Energy, Perigee, Provider Power Mass, Respond Power, Spark, and Verde (together, the "Oasis Entities") sent prerecorded voicemail messages to mobile telephone numbers without prior express written consent of the recipients in violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA"). Oasis denies the allegations and any wrongdoing. The Court has not decided who is right.

### Who's included?

Settlement Class Members include all individuals within the United States (i) who were sent a prerecorded message, also referred to a ringless voicemail, (ii) on his or her telephone (iii) by or on behalf of the Oasis Entities advertising the Oasis Entities' goods and services during the Class Period (February 12, 2014 through September 25, 2019).

Excluded from the Settlement Class are the Oasis Entities and their affiliates, employees, officers, directors, agents, representatives and their immediate family members; class counsel and the judge and magistrate judge who have presided over the Action and their immediate family members.

### What does the Settlement provide?

To fully settle and release claims of the Settlement Class Members, the Oasis Entities have agreed to make payments to the Settlement Class Members and pay for notice and administration costs of the Settlement, attorneys' fees and expenses incurred by counsel for the Settlement Class, and a service award for Plaintiff. Defendant will make available $7,000,000.00 (the "Settlement Fund"). Each Settlement Class Member who submits a timely, valid, correct and verified Claim Form by the Claim Deadline in the manner required by the Settlement Agreement shall be sent a Cash Award.

### What are my options?

**File a claim.** If you are a member of the Settlement Class, you must submit a completed Claim Form to receive a payment. You may obtain a Claim Form at the Settlement Website, www.OasisEnergyTCPAsettlement.com, or by calling the Settlement Administrator toll-free at 1-855-939-0540. Claim Forms can be submitted by U.S. mail or through the Settlement Website, and must be postmarked by **February 20, 2020.**

**Exclude yourself.** If you do not want benefits from the Settlement, and you want to keep the right to sue or continue to sue the Oasis Entities on your own about the legal issues in this case, then you must exclude yourself from the Settlement. If you exclude yourself, you cannot get money from this Settlement. To exclude yourself from the Settlement, you must send a letter postmarked no later than **December 7, 2019** to Oasis Energy TCPA Settlement Administrator, P.O. Box 4109, Portland, OR 97208-4109.

**Object.** If you are a Settlement Class Member (and do not exclude yourself from the Settlement Class), you can object to any part of the Settlement. All objections must be postmarked by **December 7, 2019**. The detailed notice found at www.OasisEnergyTCPAsettlement.com further explains how to object.

**Do nothing.** If you are a Settlement Class member and do nothing, meaning you do not file a timely Claim, you will not get benefits from the Settlement. Further, unless you exclude yourself, you will be bound by the judgment entered by the Court.

The Court has scheduled a Final Approval Hearing on **February 11, 2020** to consider whether the Settlement is fair, reasonable, and adequate. The Court will also consider the requests by Class Counsel for attorneys' fees and expenses and for a Service Award to the Class Representative. You do not need to attend the hearing but you or your own attorney, if you have one, may ask to appear and speak at the hearing at your own cost.

### How do I get more information?

This Notice summarizes the proposed Settlement. For a complete, definitive statement of the Settlement terms, refer to the Settlement Agreement at www.OasisEnergyTCPAsettlement.com. You may also contact the Settlement Administrator by calling the toll-free number, 1-855-939-0540. You also may send questions to Oasis Energy TCPA Settlement Administrator, P.O. Box 4109, Portland, OR 97208-4109.



*Parade* **Picks**

Visit **PARADE.COM/PICKS**

Show off your sweet side with a **Gingerbread Coir Doormat**. $36, wayfair.com

## COMPANY Is Coming

Welcome guests in style with a new doormat and an inviting holiday scent. —*Solana Salado*

Your favorite scrooge will appreciate the **"Merry Elfing Christmas"** Doormat. $13, worldmarket.com

Sit! And stay...after wiping your feet on the adorable **Holiday Black Lab Doormat**. $89, grandinroad.com

Remind visitors to be on their best behavior with the **Striped Santa's Sleigh Doormat**. $15, kirklands.com

The charming **Woody Car Light-Up Doormat** features headlights that twinkle when the mat is stepped on. $30, potterybarn.com

Visit *Parade.com/giftguide* for everything you need to start (or finish!) your holiday shopping.



**EXCLUSIVE!**
A *Bachelor* Star's
Dream Wedding

Chris Lane
& Lauren
Bushnell

**Miranda
Lambert**
Sets the
Record
Straight

**River
Phoenix**
LOVED ONES
LOOK BACK

ONLY
IN **People**

# People

**Lori Loughlin**
## THE COLLEGE
## ADMISSIONS
## SCANDAL

# At Her

# Breaking
# Point

**New Charges, New Fears**
Now facing up to 45 years in prison, the
*Full House* star and husband Mossimo
Giannulli are 'angry, sad and terrified'
**Plus:** Could their daughters also be charged?

November 11, 2019

$5.99

4 5>

0 92567 10227 3






**Star**Tracks

### FLIPPIN' GOOD PITCHER
**Houston, Oct. 23**

**Simone Biles** started off Game 2 of the 2019 World Series by incorporating her signature gymnastics skills when she threw out the first pitch at Minute Maid Park. The Olympic gold medalist and Houston native wore an Astros jersey to display her hometown pride.

**Style**Tracks

## IT'S A CINCH
A belted waist gives the power suit a fresh new look



**Lisa Rinna** in Casasola at an event for Secret.

**Diane Kruger** in Prabal Gurung at SiriusXM.

**Katie Holmes** in Gabriela Hearst out in New York City.

**Selena Gomez** in Sies Marjan at *Elvis Duran and the Morning Show.*

**Judith Light** in Badgley Mischka at the premiere of *The Politician.*

**Cindy Crawford** in Max Mara out in New York City.

---

# If you received a prerecorded message from an Oasis Entity, you may be entitled to a payment from a Class Action Settlement

*A federal court authorized this Notice. You are not being sued.*
*This is not a solicitation from a lawyer.*

A Settlement has been reached in a class action lawsuit, Albrecht v. Oasis Power, LLC d/b/a Oasis Energy, No. 18-cv-1061 (N.D. Ill. 2018), about whether Oasis Power, LLC d/b/a Oasis Energy incl. Censtar, Electricity Maine, Electricity N.H., Major Energy, Perigee, Provider Power Mass, Respond Power, Spark, and Verde (together, the "Oasis Entities") sent prerecorded voicemail messages to mobile telephone numbers without prior express written consent of the recipients in violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA"). Oasis denies the allegations and any wrongdoing. The Court has not decided who is right.

## Who's included?

Settlement Class Members include all individuals within the United States (i) who were sent a prerecorded message, also referred to a ringless voicemail, (ii) on his or her telephone (iii) by or on behalf of the Oasis Entities advertising the Oasis Entities' goods and services during the Class Period (February 12, 2014 through September 25, 2019).

Excluded from the Settlement Class are the Oasis Entities and their affiliates, employees, officers, directors, agents, representatives and their immediate family members; class counsel and the judge and magistrate judge who have presided over the Action and their immediate family members.

## What does the Settlement provide?

To fully settle and release claims of the Settlement Class Members, the Oasis Entities have agreed to make payments to the Settlement Class Members and pay for notice and administration costs of the Settlement, attorneys' fees and expenses incurred by counsel for the Settlement Class, and a service award for Plaintiff. Defendant will make available $7,000,000.00 (the "Settlement Fund"). Each Settlement Class Member who submits a timely, valid, correct and verified Claim Form by the Claim Deadline in the manner required by the Settlement Agreement shall be sent a Cash Award.

## What are my options?

**File a claim.** If you are a member of the Settlement Class, you must submit a completed Claim Form to receive a payment. You may obtain a Claim Form at the Settlement Website, www.OasisEnergyTCPAsettlement.com, or by calling the Settlement Administrator toll-free at 1-855-939-0540. Claim Forms can be submitted by U.S. mail or through the Settlement Website, and must be postmarked by **February 20, 2020.**

**Exclude yourself.** If you do not want benefits from the Settlement, and you want to keep the right to sue or continue to sue the Oasis Entities on your own about the legal issues in this case, then you must exclude yourself from the Settlement. If you exclude yourself, you cannot get money from this Settlement. To exclude yourself from the Settlement, you must send a letter postmarked no later than **December 7, 2019** to Oasis Energy TCPA Settlement Administrator, P.O. Box 4109, Portland, OR 97208-4109.

**Object.** If you are a Settlement Class Member (and do not exclude yourself from the Settlement Class), you can object to any part of the Settlement. All objections must be postmarked by **December 7, 2019**. The detailed notice found at www.OasisEnergyTCPAsettlement.com further explains how to object.

**Do nothing.** If you are a Settlement Class member and do nothing, meaning you do not file a timely Claim, you will not get benefits from the Settlement. Further, unless you exclude yourself, you will be bound by the judgment entered by the Court.

The Court has scheduled a Final Approval Hearing on **February 11, 2020** to consider whether the Settlement is fair, reasonable, and adequate. The Court will also consider the requests by Class Counsel for attorneys' fees and expenses and for a Service Award to the Class Representative. You do not need to attend the hearing but you or your own attorney, if you have one, may ask to appear and speak at the hearing at your own cost.

## How do I get more information?

This Notice summarizes the proposed Settlement. For a complete, definitive statement of the Settlement terms, refer to the Settlement Agreement at www.OasisEnergyTCPAsettlement.com. You may also contact the Settlement Administrator by calling the toll-free number, 1-855-939-0540. You also may send questions to Oasis Energy TCPA Settlement Administrator, P.O. Box 4109, Portland, OR 97208-4109.



# [ INNOVATION ISSUE ]

Helmet Wars P. 40 | Golf's Unstuffy Future P. 62
The Forbidden Shoe P. 20 | Great Race: *Ford v Ferrari* P. 78

## Sports Illustrated

DOUBLE ISSUE
NOVEMBER 18–25, 2019
VOLUME 130 | NOS. 32/33
SI.COM | @SINOW

PHOTOGRAPH BY
NILS NILSEN

# CUTTING
# EDGE

**The 49ers Way**

Past + Future = NFL Disruption

BY ROBERT KLEMKO P. 32

*Old-school two-back sets, quick-time practices and that **NICK BOSA**-led pass rush: Three good reasons surprising San Francisco has turned the NFL upside down.*

LEGAL NOTICE

# If you received a prerecorded message from an Oasis Entity, you may be entitled to a payment from a Class Action Settlement

*A federal court authorized this Notice. You are not being sued.*
*This is not a solicitation from a lawyer.*

A Settlement has been reached in a class action lawsuit, Albrecht v. Oasis Power, LLC d/b/a Oasis Energy, No. 18-cv-1061 (N.D. Ill. 2018), about whether Oasis Power, LLC d/b/a/ Oasis Energy incl. Censtar, Electricity Maine, Electricity N.H., Major Energy, Perigee, Provider Power Mass, Respond Power, Spark, and Verde (together, the "Oasis Entities") sent prerecorded voicemail messages to mobile telephone numbers without prior express written consent of the recipients in violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA"). Oasis denies the allegations and any wrongdoing. The Court has not decided who is right.

## Who's included?

Settlement Class Members include all individuals within the United States (i) who were sent a prerecorded message, also referred to a ringless voicemail, (ii) on his or her telephone (iii) by or on behalf of the Oasis Entities advertising the Oasis Entities' goods and services during the Class Period (February 12, 2014 through September 25, 2019).

Excluded from the Settlement Class are the Oasis Entities and their affiliates, employees, officers, directors, agents, representatives and their immediate family members; class counsel and the judge and magistrate judge who have presided over the Action and their immediate family members.

## What does the Settlement provide?

To fully settle and release claims of the Settlement Class Members, the Oasis Entities have agreed to make payments to the Settlement Class Members and pay for notice and administration costs of the Settlement, attorneys' fees and expenses incurred by counsel for the Settlement Class, and a service award for Plaintiff. Defendant will make available $7,000,000.00 (the "Settlement Fund"). Each Settlement Class Member who submits a timely, valid, correct and verified Claim Form by the Claim Deadline in the manner required by the Settlement Agreement shall be sent a Cash Award.

## What are my options?

**File a claim.** If you are a member of the Settlement Class, you must submit a completed Claim Form to receive a payment. You may obtain a Claim Form at the Settlement Website, www.OasisEnergyTCPAsettlement.com, or by calling the Settlement Administrator toll-free at 1-855-939-0540. Claim Forms can be submitted by U.S. mail or through the Settlement Website, and must be postmarked by **February 20, 2020.**

**Exclude yourself.** If you do not want benefits from the Settlement, and you want to keep the right to sue or continue to sue the Oasis Entities on your own about the legal issues in this case, then you must exclude yourself from the Settlement. If you exclude yourself, you cannot get money from this Settlement. To exclude yourself from the Settlement, you must send a letter postmarked no later than **December 7, 2019** to Oasis Energy TCPA Settlement Administrator, P.O. Box 4109, Portland, OR 97208-4109.

**Object.** If you are a Settlement Class Member (and do not exclude yourself from the Settlement Class), you can object to any part of the Settlement. All objections must be postmarked by **December 7, 2019**. The detailed notice found at www.OasisEnergyTCPAsettlement.com further explains how to object.

**Do nothing.** If you are a Settlement Class member and do nothing, meaning you do not file a timely Claim, you will not get benefits from the Settlement. Further, unless you exclude yourself, you will be bound by the judgment entered by the Court.

The Court has scheduled a Final Approval Hearing on **February 11, 2020** to consider whether the Settlement is fair, reasonable, and adequate. The Court will also consider the requests by Class Counsel for attorneys' fees and expenses and for a Service Award to the Class Representative. You do not need to attend the hearing but you or your own attorney, if you have one, may ask to appear and speak at the hearing at your own cost.

## How do I get more information?

This Notice summarizes the proposed Settlement. For a complete, definitive statement of the Settlement terms, refer to the Settlement Agreement at www.OasisEnergyTCPAsettlement.com. You may also contact the Settlement Administrator by calling the toll-free number, 1-855-939-0540. You also may send questions to Oasis Energy TCPA Settlement Administrator, P.O. Box 4109, Portland, OR 97208-4109.

# Attachment 4

yahoo!
lifestyle

Kate   Mail

Lifestyle Home   Style   **Beauty**   Wellness   Horoscopes   Shopping   Pets   Video   Pop Culture   ...

Follow Us   𝕏  f  ◎  ⓟ

# Beauty



Adrianna Barrionuevo

### Do you shower at night? Meet the 'game-changer' pillowcase that'll change your life — and enjoy an exclusive deal

This pillowcase makes sleeping with wet hair possible — and we have an exclusive promo code for Yahoo readers this weekend.

21


Ad ⑤   TD® Aeroplan® Visa Infinite*

### Earn up to 40,000 Aeroplan miles.

Enjoy an annual fee rebate for the first year. Conditions apply. Offer ends December 1, 2019.



Nurys Castillo

### 'All glow, glow, glow!': The beauty product you need to keep your summer glow through fall

This makeup setting spray helps get rid of powder residue on your face and leaves behind a beautiful, dewy glow.

2





Refinery29

### The 5 Biggest Skin-Care Trends To Try This Fall

You can pick makeup trends off a red carpet or identify hair-color phenomenons with a single scroll through Instagram (without even leaving your bed!), but the next big thing in skin care...






**If You Received a Prerecorded Message from an Oasis Entity,**

Yahoo-HuffPost Lifestyles Network
Help  Privacy (Updated)  Suggestions
About Our Ads  Terms (Updated)  Sitemap

**yahoo!** lifestyle  Kate   Mail

Lifestyle Home    Style    **Beauty**    Wellness    Horoscopes    Shopping    Pets    Video    Pop Culture    ···

Follow Us    🐦 f 🔲 ⓟ

## Beauty



Adrianna Barrionuevo

### Do you shower at night? Meet the 'game-changer' pillowcase that'll change your life — and enjoy an exclusive deal

This pillowcase makes sleeping with wet hair possible — and we have an exclusive promo code for Yahoo readers this weekend.

21 



Ad    TD® Aeroplan® Visa Infinite*

### Earn up to 40,000 Aeroplan miles.

Enjoy an annual fee rebate for the first year. Conditions apply. Offer ends December 1, 2019.



Nurys Castillo

### 'All glow, glow, glow!': The beauty product you need to keep your summer glow through fall

This makeup setting spray helps get rid of powder residue on your face and leaves behind a beautiful, dewy glow.

2  



Refinery29

### The 5 Biggest Skin-Care Trends To Try This Fall

You can pick makeup trends off a red carpet or identify hair-color phenomenons with a single scroll through Instagram (without even leaving your bed!), but the next big thing in skin care…

 

You May Be Entitled to a Payment from a Class Action Settlement.

Yahoo-HuffPost Lifestyles Network
Help  Privacy (Updated)  Suggestions
About Our Ads  Terms (Updated)  Sitemap

**yahoo!** lifestyle



Kate  Mail

  

Lifestyle Home    Style    **Beauty**    Wellness    Horoscopes    Shopping    Pets    Video    Pop Culture    •••

Follow Us    🐦 f 📷 ⓟ

## Beauty



Adrianna Barrionuevo

### Do you shower at night? Meet the 'game-changer' pillowcase that'll change your life — and enjoy an exclusive deal

This pillowcase makes sleeping with wet hair possible — and we have an exclusive promo code for Yahoo readers this weekend.

21



Ad 🔹 TD® Aeroplan® Visa Infinite*

### Earn up to 40,000 Aeroplan miles.

Enjoy an annual fee rebate for the first year. Conditions apply. Offer ends December 1, 2019.



Nurys Castillo

### 'All glow, glow, glow!': The beauty product you need to keep your summer glow through fall

This makeup setting spray helps get rid of powder residue on your face and leaves behind a beautiful, dewy glow.

2

 

Refinery29

### The 5 Biggest Skin-Care Trends To Try This Fall

You can pick makeup trends off a red carpet or identify hair-color phenomenons with a single scroll through Instagram (without even leaving your bed!), but the next big thing in skin care…





**Visit www.OasisEnergy TCPAsettlement.com for more information.**









Search

Home   Find Friends   Create



**Remember Password**
Next time you log in on this browser, just click your profile picture instead of typing a password.

**OK**   **Not Now**

News Feed

Messenger

Watch

Marketplace

**Shortcuts**

**Explore**

Groups

Pages   20+

Events

Fundraisers

Memories

See More...

**Create Post**

What's on your mind

Photo/Video   Tag Friends   Feeling/Activ...   ...

**Add to Your Story**
Share a photo, video or write something

Sponsored   Create Ad



**Oasis Energy Settlement**
www.OasisEnergyTCPAsettlement.com
Those who received a prerecorded message from an Oasis Entity, may be entitled to a payment.

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Facebook © 2019

# Welcome to Facebook

Get started by adding friends. You'll see their videos, photos and posts here.



**Next**



Attachment 5

**<u>Oasis Energy - Sponsored Search Keywords</u>**

Oasis Class Action
Oasis Energy Class Action
Oasis Power Class Action
Oasis Phone Call Class Action
Oasis TCPA Class Action
Oasis Voicemail Class Action
Oasis Message Class Action
Oasis Voicemail Message Class Action
Oasis Class Action Settlement
Oasis Energy Class Action Settlement
Oasis Power Class Action Settlement
Oasis Phone Call Class Action Settlement
Oasis TCPA Class Action Settlement
Oasis Voicemail Class Action Settlement
Oasis Message Class Action Settlement
Oasis Voicemail Message Class Action Settlement
Oasis Class Settlement
Oasis Energy Settlement
Oasis Power Settlement
Oasis Phone Call Settlement
Oasis TCPA Settlement
Oasis Voicemail Settlement
Oasis Message Settlement
Oasis Voicemail Message Settlement
Oasis Class Lawsuit
Oasis Energy Lawsuit
Oasis Power Lawsuit
Oasis Phone Call Lawsuit
Oasis TCPA Lawsuit
Oasis Voicemail Lawsuit
Oasis Message Lawsuit
Oasis Voicemail Message Lawsuit
Oasis Class Litigation
Oasis Energy Litigation
Oasis Power Litigation
Oasis Phone Call Litigation
Oasis TCPA Litigation
Oasis Voicemail Litigation
Oasis Message Litigation
Oasis Voicemail Message Litigation
Oasis Settlement
Oasis Lawsuit
Oasis Litigation

Attachment 6

# Announcing a Class Action Settlement involving individuals who received a prerecorded message from an Oasis Entity

NEWS PROVIDED BY
**United States District Court for the Northern District of Illinois →**
Oct 23, 2019, 08:00 ET

CHICAGO, Oct. 23, 2019 /PRNewswire/ -- A **Settlement has been reached** in a class action lawsuit, *Albrecht v. Oasis Power, LLC d/b/a Oasis Energy*, No. 18-cv-1061 (N.D. Ill. 2018), about whether Oasis Power, LLC d/b/a/ Oasis Energy incl. Censtar, Electricity Maine, Electricity N.H., Major Energy, Perigee, Provider Power Mass, Respond Power, Spark, and Verde (together, the "Oasis Entities") sent prerecorded voicemail messages to mobile telephone numbers without prior express written consent of the recipients in violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA"). Oasis denies the allegations and any wrongdoing. The Court has not decided who is right.

**Who's Included?**  Settlement Class Members include all individuals within the United States (i) who were sent a prerecorded message, also referred to a ringless voicemail, (ii) on his or her telephone (iii) by or on behalf of the Oasis Entities advertising the Oasis Entities' goods and services during the Class Period (February 12, 2014 through September 25, 2019).

Excluded from the Settlement Class are the Oasis Entities and their affiliates, employees, officers, directors, agents, representatives and their immediate family members; class counsel and the judge and magistrate judge who have presided over the Action and their immediate family members.

**What does the Settlement provide?**  To fully settle and release claims of the Settlement Class Members, the Oasis Entities have agreed to make payments to the Settlement Class Members and pay for notice and administration costs of the Settlement, attorneys' fees and expenses incurred by counsel for the Settlement Class, and a service award for Plaintiff. Defendant will make available $7,000,000.00 (the "Settlement Fund"). Each Settlement Class Member who submits a timely, valid, correct and verified Claim Form by the Claim Deadline in the manner required by the Settlement Agreement shall be sent a Cash Award.

**What are the options of Settlement Class Members?**  Settlement Class Members have several options available to them as part of the Settlement.  They can:

- **File a claim.** Members of the Settlement Class must submit a completed Claim Form to receive a payment. Class Members may obtain a Claim Form at the Settlement Website, www.OasisEnergyTCPAsettlement.com, or by calling the Settlement Administrator toll-free at 1-855-939-0540. Claim Forms can be submitted by U.S. mail or through the Settlement Website, and must be postmarked by **February 20, 2020**.

- **Exclude themselves.** Class Members who do not want benefits from the Settlement, and want to keep the right to sue or continue to sue the Oasis Entities on their own about the legal issues in this case, must exclude themselves from the Settlement. Class Members who exclude themselves cannot get money from this Settlement. To be excluded from the Settlement, Class Members must send a letter postmarked no later than **December 7, 2019** to Oasis Energy TCPA Settlement Administrator, P.O. Box 4109, Portland, OR 97208-4109.

- **Object.** Settlement Class Member who do not exclude themselves from the Settlement Class can object to any part of the Settlement. All objections must be postmarked by **December 7, 2019**. The detailed notice found at www.OasisEnergyTCPAsettlement.com further explains how to object.

- **Do nothing.** Settlement Class members who do nothing, meaning they do not file a timely Claim, will not get benefits from the Settlement. Further, unless Class Members exclude themselves, they will be bound by the judgment entered by the Court.

The Court has scheduled a Final Approval Hearing on **February 11, 2020** to consider whether the Settlement is fair, reasonable, and adequate. The Court will also consider the requests by Class Counsel for attorneys' fees and expenses and for a Service Award to the Class Representative. Class Members do not need to attend the hearing but they or their own attorney, if they have one, may ask to appear and speak at the hearing at their own cost.

**Getting more information?** This Notice summarizes the proposed Settlement. For a complete, definitive statement of the Settlement terms, refer to the Settlement Agreement at www.OasisEnergyTCPAsettlement.com. Class Members may also contact the Settlement Administrator by calling the toll-free number, 1-855-939-0540, or by sending questions to Oasis Energy TCPA Settlement Administrator, P.O. Box 4109, Portland, OR 97208-4109.

SOURCE United States District Court for the Northern District of Illinois

Related Links

https://www.oasisenergytcpasettlement.com

/

Attachment 7

Oasis Power TCPA Settlement Administrator
P.O. Box 4109
Portland, OR 97208-4109



000 0000001 00000000 0001 0012 00002 INS:

# This Page Intentionally Left Blank





## Oasis Entities Energy Settlement Claim Form

### Case No. 1:18-cv-1061

Return this Claim Form to: Oasis Energy Claim Administrator, PO Box 4109, Portland, OR 97208-4109.
Questions? Visit **www.OasisEnergyTCPASettlement.com** or call **1-855-939-0540**.

**DEADLINE: THIS CLAIM FORM MUST BE POSTMARKED BY FEBRUARY 20, 2020, BE FULLY COMPLETED, BE SIGNED UNDER OATH, AND MEET ALL CONDITIONS OF THE SETTLEMENT AGREEMENT.**

**YOU MUST SUBMIT THIS CLAIM FORM TO RECEIVE A SETTLEMENT PAYMENT.**

This settlement involves Oasis and its affiliates, including Censtar, Electricity Maine, Electricity N.H., Major Energy, Perigee, Provider Power Mass, Respond Power, Spark, and Verde (together, the "Oasis Entities").

Please note that if you are a Class Member, the Class Member Verification section below requires you to state, under penalty of perjury, that all information contained therein is true and correct. This Claim Form may be researched and verified by the Claim Administrator.

### YOUR CONTACT INFORMATION

First Name:                                          MI:        Last Name:

Current Address:

City:                                                          State:        ZIP Code:

Telephone Number on the Date You Received a Prerecorded Message:

Email address:

Current Phone Number:

(Please provide a phone number where you can be reached if further information is required.)

### Class Member Verification

By submitting this Claim Form, I declare under penalty of perjury that I am a member of the Class (defined as "[a]ll individuals within the United States [i] who were sent a prerecorded message, also referred to as a ringless voicemail [ii] on his or her telephone [iii] by or on behalf of the Oasis Entities [defined above] advertising the Oasis Entities' goods and services during the Class Period [February 12, 2014 through September 25, 2019].") I further declare under penalty of perjury that I am the current subscriber of the cellular telephone mentioned in subsection (ii) above, and that the information provided herein is true and correct.
**************************************************************************

Additional information regarding the Settlement can be found at www.OasisEnergyTCPASettlement.com

**I declare under penalty of perjury that the foregoing is true and correct.**

Date:     ___  ___  ___
          MM    DD    YYYY

Signature

Print Name

**If you have questions, you may call the Claim Administrator at 1-855-939-0540.**

**01-CA4736**
Y9951 v.03



UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS

# If You Received a Prerecorded Message from Oasis Energy or its Affiliates, incl. Censtar, Electricity Maine, Electricity N.H., Major Energy, Perigee, Provider Power Mass, Respond Power, Spark, and Verde You May Be Entitled to a Payment from a Class Action Settlement

*A federal court authorized this Notice. You are not being sued. This is not a solicitation from a lawyer.*

- A Settlement[1] has been reached in a class action lawsuit about whether Oasis Power, LLC d/b/a/ Oasis Energy incl. Censtar, Electricity Maine, Electricity N.H., Major Energy, Perigee, Provider Power Mass, Respond Power, Spark, and Verde (together, the "Oasis Entities") sent prerecorded voicemail messages to mobile telephone numbers without prior express written consent of the recipients in violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA"). Oasis denies the allegations and any wrongdoing. The Court has not decided who is right.

- The Settlement offers payments to Settlement Class Members who file valid Claims.

- Your legal rights are affected whether you act or do not act. Read this Notice carefully.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **SUBMIT A CLAIM FORM** | If you are a member of the Settlement Class, you must submit a completed and valid Claim Form to receive a payment. If the Court approves the Settlement and it becomes final and effective, and you remain in the Settlement Class, you will receive your payment by check. |
| **EXCLUDE YOURSELF** | You may request to be excluded from the Settlement and, if you do, you will receive no benefits from the Settlement. |
| **OBJECT** | Write to the Court if you do not like the Settlement. |
| **GO TO A HEARING** | Ask to speak in court about the fairness of the Settlement. |
| **DO NOTHING** | You will not receive a payment if you fail to timely submit a completed Claim Form, and you will give up your right to bring your own lawsuit against the Oasis Entities about the Claims in this case. |

- These rights and options—**and the deadlines to exercise them**—are explained in this Notice.

- The Court in charge of this case still has to decide whether to approve the Settlement. If it does, and after any appeals are resolved, benefits will be distributed to those who submit qualifying Claim Forms. Please be patient.

---

[1] Capitalized terms herein have the same meanings as those defined in the Settlement Agreement, a copy of which may be found online at the Settlement Website below.

**QUESTIONS? CALL 1-855-939-0540 OR VISIT www.OasisEnergyTCPAsettlement.com**

Z0551 v.04



## WHAT THIS NOTICE CONTAINS

**BASIC INFORMATION**............................................................................................................**PAGE 3**
1. Why is there a Notice?
2. What is this litigation about?
3. What is the Telephone Consumer Protection Act?
4. Why is this a class action?
5. Why is there a settlement?

**WHO IS PART OF THE SETTLEMENT**......................................................................................**PAGE 4**
6. Who is included in the Settlement?
7. What if I am not sure whether I am included in the Settlement?

**THE SETTLEMENT BENEFITS**.................................................................................................**PAGE 4**
8. What does the Settlement provide?
9. How do I file a Claim?
10. When will I receive my payment?

**EXCLUDING YOURSELF FROM THE SETTLEMENT**..................................................................**PAGE 5**
11. How do I get out of the Settlement?
12. If I do not exclude myself, can I sue the Oasis Entities for the same thing later?
13. What am I giving up to stay in the Settlement Class?
14. If I exclude myself, can I still get a payment?

**THE LAWYERS REPRESENTING YOU**......................................................................................**PAGE 6**
15. Do I have a lawyer in the case?
16. How will the lawyers be paid?

**OBJECTING TO THE SETTLEMENT**.........................................................................................**PAGE 6**
17. How do I tell the Court I do not like the Settlement?
18. What is the difference between objecting and asking to be excluded?

**THE FINAL APPROVAL HEARING**............................................................................................**PAGE 7**
19. When and where will the Court decide whether to approve the Settlement?
20. Do I have to attend the hearing?
21. May I speak at the hearing?

**IF YOU DO NOTHING**.............................................................................................................**PAGE 8**
22. What happens if I do nothing at all?

**GETTING MORE INFORMATION**..............................................................................................**PAGE 8**
23. How do I get more information?

Z0552 v.04

# BASIC INFORMATION

## 1. Why is there a Notice?

A court authorized this Notice because you have a right to know about a proposed Settlement of a class action lawsuit known as *Albrecht v. Oasis Power, LLC d/b/a Oasis Energy*, No. 18-cv-1061 (N.D. Ill. 2018) and about all of your options before the Court decides whether to give Final Approval to the Settlement. This Notice explains the lawsuit, the Settlement, and your legal rights.

Judge Harry D. Leinenweber of the United States District Court for the Northern District of Illinois is overseeing this case. The person who sued, Kenneth Albrecht, is called the "Plaintiff." Oasis and its affiliated entities Censtar, Electricity Maine, Electricity N.H., Major Energy, Perigee, Provider Power Mass, Respond Power, Spark, and Verde are called the "Oasis Entities."

## 2. What is this litigation about?

The lawsuit alleges that the Oasis Entities sent prerecorded messages (also known as "ringless voicemails") to Plaintiff's wireless telephone number without prior express written consent in violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA") and seeks actual and statutory damages on behalf of Plaintiff and a class of all individuals in the United States.

The Oasis Entities deny each and every allegation of wrongdoing, liability, and damages that were or could have been asserted in the litigation and that the claims in the litigation would be appropriate for class treatment if the litigation were to proceed through trial.

Plaintiff's Complaint, Settlement Agreement, and other case-related documents are posted on the Settlement Website, www.OasisEnergyTCPAsettlement.com. The Settlement resolves the lawsuit. The Court has not decided who is right.

## 3. What is the Telephone Consumer Protection Act?

The Telephone Consumer Protection Act is a federal law that restricts telephone solicitations and the use of automated telephone equipment.

## 4. Why is this a class action?

In a class action, one person called the "Class Representative" (in this case, Plaintiff Kenneth Albrecht) sues on behalf of himself and other people with similar claims.

All of the people who have claims similar to those of Plaintiff are Settlement Class Members, except for those who exclude themselves from the class.

## 5. Why is there a settlement?

The Court has not found in favor of either Plaintiff or the Oasis Entities. Instead, both sides have agreed to a settlement to avoid the costs and uncertainty of a trial. If the Settlement is approved by the Court, Settlement Class Claimants will receive the benefits described in this Notice. The Oasis Entities deny all legal claims in this case. Plaintiff and his lawyers think the proposed Settlement is best for everyone who is affected.

Z0553 v.04



## WHO IS PART OF THE SETTLEMENT

**6. Who is included in the Settlement?**

The Settlement includes:

> **All individuals within the United States (i) who were sent a prerecorded message, also referred to a ringless voicemail (ii) on his or her telephone (iii) by or on behalf of the Oasis Entities advertising the Oasis Entities' goods and services during the Class Period (February 12, 2014 through September 25, 2019).**

Persons meeting this definition are referred to collectively as the "Settlement Class" and, individually, as "Settlement Class Members."

Excluded from the Settlement Class are the Oasis Entities and their affiliates, employees, officers, directors, agents, representatives and their immediate family members; class counsel and the judge and magistrate judge who have presided over the Action and their immediate family members.

**7. What if I am not sure whether I am included in the Settlement?**

If you are not sure whether you are in the Settlement Class or have any other questions about the Settlement, visit the Settlement Website at www.OasisEnergyTCPAsettlement.com or call the toll-free number, 1-855-939-0540. You also may send questions to the Settlement Administrator at Oasis Energy TCPA Settlement Administrator, P.O. Box 4109, Portland, OR 97208-4109.

## THE SETTLEMENT BENEFITS

**8. What does the Settlement provide?**

To fully settle and release claims of the Settlement Class Members, the Oasis Entities have agreed to make payments to the Settlement Class Members and pay for notice and administration costs of the Settlement, attorneys' fees and expenses incurred by counsel for the Settlement Class, and a service award for Plaintiff. Defendant will make available $7,000,000.00 (the "Settlement Fund"). Each Settlement Class Member who submits a timely, valid, correct and verified Claim Form by the Claim Deadline in the manner required by the Settlement Agreement shall be sent a Cash Award by the Administrator. Claimants will be sent their payment to the address they submitted on their Claim Form.

**9. How do I file a Claim?**

If you qualify for a payment, you must complete and submit a valid Claim Form. You may download a Claim Form at the Settlement Website, www.OasisEnergyTCPAsettlement.com, or request a Claim Form by calling the Settlement Administrator at the toll-free number below. To be valid, a Claim Form must be completed fully and accurately, signed under penalty of perjury, and submitted timely.

You must submit a Claim Form by U.S. mail or through the Settlement Website, and it must be postmarked by **February 20, 2020**.

Please read the Claim Form carefully and provide all the information required. Only one Claim Form may be submitted per Settlement Class Member.

Z0554 v.04

**10. When will I receive my payment?**

Payments to Settlement Class Members will be made only after the Court grants Final Approval to the Settlement and after any appeals are resolved (*see* "Final Approval Hearing" below). If there are appeals, resolving them can take time. Please be patient.

## EXCLUDING YOURSELF FROM THE SETTLEMENT

If you do not want benefits from the Settlement, and you want to keep the right to sue or continue to sue the Oasis Entities on your own about the legal issues in this case, then you must take steps to get out of the Settlement. This is called excluding yourself—or it is sometimes referred to as "opting out" of the Settlement Class.

**11. How do I get out of the Settlement?**

To exclude yourself from the Settlement, you must send a timely letter by mail to:

Oasis Energy TCPA Settlement Administrator
P.O. Box 4109
Portland, OR 97208-4109

Your request to be excluded from the Settlement must be personally signed by you under penalty of perjury and contain a statement that indicates your desire to be "excluded from the Settlement Class" and that, absent of excluding yourself or "opting out," you are "otherwise a member of the Settlement Class."

Your exclusion request must be postmarked no later than **December 7, 2019**. You cannot ask to be excluded on the phone, by email, or at the Settlement Website.

You may opt out of the Settlement Class only for yourself.

**12. If I do not exclude myself, can I sue the Oasis Entities for the same thing later?**

No. Unless you exclude yourself, you give up the right to sue the Oasis Entities for the claims that the Settlement resolves. You must exclude yourself from this Settlement Class in order to pursue your own lawsuit.

**13. What am I giving up to stay in the Settlement Class?**

Unless you opt out of the Settlement, you cannot sue or be part of any other lawsuit against the Oasis Entities about the issues in this case, including any existing litigation, arbitration, or proceeding. Unless you exclude yourself, all of the decisions and judgments by the Court will bind you.

The Settlement Agreement is available at www.OasisEnergyTCPAsettlement.com. The Settlement Agreement provides more detail regarding the Releases and describes the Released Claims with specific descriptions in necessary, accurate legal terminology, so read it carefully. You can talk to the law firms representing the Settlement Class listed in Question 15 for free, or you can, at your own expense, talk to your own lawyer if you have any questions about the Released Claims or what they mean.

**14. If I exclude myself, can I still get a payment?**

No. You will not get a payment from the Settlement Fund if you exclude yourself from the Settlement.

Z0555 v.04



## THE LAWYERS REPRESENTING YOU

### 15. Do I have a lawyer in the case?

The Court has appointed the following lawyers as "Class Counsel" to represent all members of the Settlement Class.

| | |
|---|---|
| Katrina Carroll, Esq.<br>**Carlson Lynch LLP**<br>111 W. Washington Street, Suite 1240<br>Chicago, IL 60602 | Scott Edelsberg, Esq.<br>**Edelsberg Law, PA**<br>20900 NE 30th Ave, #417<br>Aventura, FL 33180 |
| Andrew J. Shamis, Esq.<br>**Shamis & Gentile, P.A.**<br>14 NE 1st Avenue, Suite 1205<br>Miami, FL 33132 | Manuel S. Hiraldo, Esq.<br>**Hiraldo P.A.**<br>401 E. Las Olas Blvd., Ste. 1400<br>Fort Lauderdale, FL 33301 |

You will not be charged for these lawyers. If you want to be represented by another lawyer, you may hire one to appear in Court for you at your own expense.

### 16. How will the lawyers be paid?

Class Counsel intend to request up to 33 1/3% of the value of the Settlement for attorneys' fees plus reimbursement of reasonable, actual out-of-pocket expenses incurred in the litigation. The fees and expenses awarded by the Court will be paid out of the Settlement Fund. The Court will decide the amount of fees and expenses to award.

Class Counsel will also request that a Service Award of $7,500.00 be paid from the Settlement Fund to the Class Representative for his service as representative on behalf of the whole Settlement Class.

## OBJECTING TO THE SETTLEMENT

### 17. How do I tell the Court if I do not like the Settlement?

If you are a Settlement Class Member (and do not exclude yourself from the Settlement Class), you can object to any part of the Settlement. To object, you must timely submit a letter that includes the following:

1) A heading that includes the case name and case number: *Albrecht v. Oasis Power, LLC d/b/a Oasis Energy*, No. 18-cv-1061 (N.D. Ill. 2018);

2) Your name, address, telephone number, email address, date of birth and the cell phone number at which you received messages by or on behalf of the Oasis Entities and if represented by counsel, the name, bar number, address, and telephone number of your counsel;

3) Proof of receipt of a prerecorded message sent by or on behalf of the Oasis Entities (e.g., recording or screenshot) and a signed statement stating, under penalty of perjury, that you received one or more prerecorded messages from by or on behalf of the Oasis Entities and are a member of the Settlement Class;

4) A signed statement of all your objections to the Settlement including your legal and factual basis for each objection;

**QUESTIONS? CALL 1-855-939-0540 OR VISIT www.OasisEnergyTCPAsettlement.com**

Z0556 v.04

5) A statement of whether you intend to appear at the Final Approval Hearing, either with or without counsel, and if with counsel, the name of your counsel who will attend;

6) A list of all persons who will be called to testify at the Final Approval Hearing in support of the objection; and

7) Any and all agreements that relate to the objection or the process of objecting—whether written or verbal—between you or your counsel and any other person or entity.

If you wish to object, you must file your objection with the Court (using the Court's electronic filing system or in any manner in which the Court accepts filings) and mail your objection to each of the following three (3) addresses, and your objection must be postmarked by **December 7, 2019**.

| Clerk of the Court | Class Counsel | Defendant's Counsel |
|---|---|---|
| United States District Court for the Northern District of Illinois 219 South Dearborn Chicago, IL 60604 | Katrina Carroll Kyle Shamberg Carlson Lynch LLP 111 W. Washington St Suite 1240 Chicago, IL 60602 | Ezra Church Morgan, Lewis & Bockius LLP 1701 Market Street Philadelphia, PA 19103 |

## 18. What is the difference between objecting and asking to be excluded?

Objecting is telling the Court that you do not like something about the Settlement. You can object to the Settlement only if you do not exclude yourself. Excluding yourself is telling the Court that you do not want to be part of the Settlement. If you exclude yourself, you have no basis to object to the Settlement because it no longer affects you.

## THE FINAL APPROVAL HEARING

The Court will hold a hearing to decide whether to approve the Settlement and any requests for fees and expenses ("Final Approval Hearing").

## 19. When and where will the Court decide whether to approve the Settlement?

The Court has scheduled a Final Approval Hearing on **February 11, 2020 at 9:30 a.m.** at the United States District Court for the Northern District of Illinois, 219 South Dearborn, Chicago, IL 60604. The hearing may be moved to a different date or time without additional notice, so it is a good idea to check www.OasisEnergyTCPAsettlement.com for updates. At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate. The Court will also consider the requests by Class Counsel for attorneys' fees and expenses and for a Service Award to the Class Representative. If there are objections, the Court will consider them at that time. After the hearing, the Court will decide whether to approve the Settlement. It is unknown how long these decisions will take.

## 20. Do I have to attend the hearing?

No. Class Counsel will answer any questions the Court may have. But, you are welcome to attend the hearing at your own expense. If you send an objection, you do not have to come to Court to talk about it. As long as you submitted your written objection on time to the proper addresses and it

Z0557 v.04



complies with all the other requirements set forth above, the Court will consider it. You may also pay your own lawyer to attend the hearing, but it is not necessary.

## 21. May I speak at the hearing?

You may ask the Court for permission to speak at the Final Approval Hearing. To do so, your timely filed objection must include a statement of whether you intend to appear at the Final Approval Hearing (*see* Question 17 above).

You cannot speak at the hearing if you exclude yourself from the Settlement.

# IF YOU DO NOTHING

## 22. What happens if I do nothing at all?

If you are a Settlement Class member and do nothing, meaning you do not file a timely Claim, you will not get benefits from the Settlement. Further, unless you exclude yourself, you will be bound by the judgment entered by the Court.

# GETTING MORE INFORMATION

## 23. How do I get more information?

This Notice summarizes the proposed Settlement. You are urged to review more details in the Settlement Agreement. For a complete, definitive statement of the Settlement terms, refer to the Settlement Agreement at www.OasisEnergyTCPAsettlement.com. You also may write with questions to the Settlement Administrator at Oasis Energy TCPA Settlement Administrator, P.O. Box 4109, Portland, OR 97208-4109 or call the toll-free number, 1-855-939-0540.

# Attachment 8

**Albrecht v Oasis**
**Exclusions Report**

| Epiq Tracking Number | First Name | Last Name | Postmark | Received |
|---|---|---|---|---|
| 9813472 | MICHELLE | LECHUGA | 12/4/2019 | 12/9/2019 |
| 981861 | TIA | SILBAUGH | 12/6/2019 | 12/10/2019 |